## United States District Court
## Middle District of Florida
## Orlando Division

UNITED STATES OF AMERICA

-vs-

Case No. **6:11-cr-34-Orl-19GJK**

THADDEUS JOHNSON

_____

## Report And Recommendation
## Concerning Plea Of Guilty

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One,

Two, Three and Four of the Indictment. After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent basis in

fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed

accordingly. The Defendant is in custody of the U.S. Marshal pending sentencing.

Date:  May 4, 2011

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:
United States Attorney
United States Probation Office
Counsel for Defendant
U.S. District Judge